### NEWCOMBE v. IRVING NAT. BANK.

(*Supreme Court, General Term, First Department.* January 28, 1889.)

Appeal from special term New York county.

Action by Richard S. Newcombe, assignee, etc., against the Irving National Bank. Defendant appeals from an order restraining it from enforcing its judgments by executions upon property alleged by plaintiff to be a portion of the assigned estate.

Argued before VAN BRUNT, P. J., and DANIELS and BARTLETT, JJ.

*Stern & Myers,* for appellant. *Charles Donohue,* for respondent.

VAN BRUNT, P. J. For the reasons stated in the opinion in the case of *Newcombe* v. *Bank, ante,* 37, (decided herewith,) the order appealed from in this case was right, and should be affirmed, with costs and disbursements. All concur.